[No. 9970–1–I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ZARLEY
DARRELL NUGENT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85667, Norman W. Quinn, J., entered February
20, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 9098–4–I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
WILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00190–2, Richard M. Ishikawa, J.,
entered July 1, 1980. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Swanson and Corbett, JJ.

[No. 10560–4–I.  Division One.  May 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SIDNEY D.
TRAULSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–00763–1, Daniel T. Kershner, J.,
entered July 23, 1981. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Durham, A.C.J., and Corbett,
J.

[No. 10299–8–I.  Division One.  May 10, 1982.]

BERTHA GLAZER, *Appellant,* v. KING COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 828560, Frank H. Roberts, Jr., J., entered Sep-
tember 16, 1980. *Affirmed* by unpublished per curiam
opinion.